**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AUTO-OWNERS INSURANCE
COMPANY,

               Plaintiff,

v.                                   Case No.  3:19-cv-291-J-34JRK

58 BUILDERS, INC., et al.,

               Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On August 27, 2019, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 25; Order). The Court also provided that the parties shall have until October 28, 2019, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by October 28, 2019, this case would automatically be deemed to be dismissed without prejudice. See id. On October 29, 2019, the parties were granted an extension of time until December 24, 2019, to file their joint stipulation of dismissal. See Order (Dkt. No. 27). However, as of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of January, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record